E. Scott Palmer, SBN 155376
spalmer@pldlawyers.com
Frederick A. Haist, SBN 211322
fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant Homecomings Financial, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ALCAZAR,<br><br>    Plaintiff,<br><br>vs.<br><br>SCME MORTGAGE BANKERS, INC., a California Corporation; HILLTOP FINANCIAL MORTGAGE, a California Corporation; HOMECOMINGS FINANCIAL, LLC, A California Limited Liability Company; DEEDEE SANTIAGO, an individual; DOLORES SOTELO, an individual; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. C07-04687<br><br>**STIPULATION TO EXTEND DATE FOR DEFENDANT HOMECOMINGS FINANCIAL, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The undersigned parties, by and through their counsel, E. Scott Palmer of Palmer, Lombardi & Donohue LLP for Defendant Homecomings Financial, LLC ("Homecomings"), and Montgomery S. Pisano of the Peninsula Law Group, APLC for Plaintiff Antonio Alcazar, have agreed to enter into a stipulation to extend the time in which Defendant Homecomings Financial, LLC has to respond to Plaintiff's complaint so they can further discuss settlement. Homecomings Financial, LLC's response to the complaint is currently due on November 27, 2007.

- 1 -
STIPULATION TO EXTEND DATE FOR HOMECOMINGS FINANCIAL, LLC TO RESPOND TO COMPLAINT

1     The parties therefore stipulate and agree as follows:

2     Defendant Homecomings Financial, LLC's response to Plaintiff's complaint
3 is now due on December 11, 2007. Defendant Homecomings Financial, LLC has
4 not waived any objection to the venue or to the jurisdiction of the court over the
5 person of the defendant, or any other challenge to the complaint or other pleadings
6 in this case.

7

8 DATED: November 15, 2007

9
10
11     By _____
12     E. SCOTT PALMER
    FREDERICK A. HAIST
13     PALMER, LOMBARDI & DONOHUE LLP
    Attorneys for Defendant Homecomings
14     Financial, LLC

15 DATED: November 2?, 2007
16
17
18     By _____
19     Montgomery S. Pisano
    PENINSULA LAW GROUP
20     Attorneys for Plaintiff Antonio Alcazar

21
22
23
24
25
26
27
28

- 2 -
STIPULATION TO EXTEND DATE FOR HOMECOMINGS FINANCIAL, LLC TO RESPOND TO COMPLAINT

<u>**PROOF OF SERVICE**</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

    I, Alice Ramos, am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 888 West 6th Street, 12th Floor, Los Angeles, California 90017.

    On November 27, 2007, I served the foregoing: **STIPULATION TO EXTEND DATE FOR DEFENDANT HOMECOMINGS FINANCIAL, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** on Interested Parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Montgomery S. Pisano, Esq.<br>
Peninsula Law Group, APLC<br>
789 Castro Street<br>
Mountain View, CA  94041<br>
Tel:  (650) 903-2200 / Fax:  (650) 969-3699<br>
Email:  mpisano@plg1.com<br>
Attorney for Plaintiff ANTONIO ALCAZAR

[X]    **(BY MAIL)** I placed such envelope with postage thereon fully paid in the United States mail at Los Angeles, California.  I am "readily familiar" with this firm's practice of collecting and processing correspondence for mailing.  It is deposited with U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ]    **(STATE)**    I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]    **(FEDERAL)** I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 27, 2007.

_____<br>Alice Ramos