

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FILED | POS-010 |
|---|---|---|
| Montgomery S Pisano, 205230<br>PENINSULA LAW GROUP<br>789 Castro Street<br>Mountain View, CA 94041<br>TELEPHONE NO.: (650) 903-2200<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY<br>2007 NOV -3 P 2:47<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. | |

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF/PETITIONER: Alcazar

DEFENDANT/RESPONDENT: SCME Mortgage Bankers, et al.

CASE NUMBER: C07 04687 HRL

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: ALC001

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons, Order Setting Initial Case Management Conference, Standing Order for all Judges, Complaint,

C/HRL

**BY FAX**

3. a. Party served: SCME Mortgage Bankers, Inc.

   b. Person Served: Joseph Davies or Katie Tye - Person authorized to accept service of process

4. Address where the party was served: 6265 Greenwich Dr. #200
   San Diego,, CA 92122

5. I served the party
   b. **by substituted service.** On (date): November 29, 2007 at (time): 2:10 pm I left the documents listed in item 2 with or in the presence of: Dean Jones
      (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   SCME Mortgage Bankers, Inc.

   under:   CCP 416.10 (corporation)

7. Person who served papers
   a. Name:        Edmundo Martinez
   b. Address:    One Legal, Inc. - 132-Marin
                  504 Redwood Blvd #223
                  Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 81.75
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 959
         (iii) County SAN DIEGO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: November 30, 2007

Edmundo Martinez
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. July 1, 2004]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6652237