Montgomery S. Pisano *SBN 205230*
**PENINSULA LAW GROUP, APLC**
789 Castro Street
Mountain View, California 94041
Telephone: (650) 903-2200
Facsimile: (650) 969-3699
*Email: mpisano@plgl.com*

**Attorneys for Antonio Alcazar**

# IN THE UNTIED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO ALCAZAR, an individual** )<br><br>       **Plaintiff,** )<br> )<br>**V.** )<br> )<br>**SCME MORTGAGE BANKERS, INC., a** )<br>**California Corporation; HILLTOP** )<br>**FINANCIAL MORTGAGE, a California** )<br>**Corporation; HOMECOMINGS** )<br>**FINANCIAL, LLC, a California Limited** )<br>**Liability Company; DeeDee Santiago, an** )<br>**individual; Dolores Sotelo, an individual,** )<br>**aud; DOES 1 - 1 00, inclusive,** )<br> )<br>       **Defendants.** )<br>_____ ) | **Case Action No.  C07 04687 HRL**<br><br>**PLAINTIFF'S REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Date: December 18, 2007<br>Time: 1:30 p.m.<br>Judge: The Honorable Howard R. Lloyd |

      Plaintiff Antonio Alcazar and his attorney of record seeks to continue the Case

Management Conference currently set for December 18, 2007.  The reason Plaintiff is requesting

the continuance is because not all parties have been served.  However, at least party has already

1  been served, and we are in settlement discussions with another. Furthermore, all other named

2  parties are in the process of being served. We request that the Case Management Conference be

3  continued for at least 90 days, at a date that is convenient with the court. We respectfully request

4  that the court refrain from scheduling the continued CMC on the following days, due to

5  unavailability of counsel: January 2nd to 15th, January 22nd to 25th, February 19th and 20th, March

6  12th, 13th, 21st, 24th, nor April 8th.

7  

8  

9      Plaintiff's counsel sincerely thanks the court for its consideration to this request.

10

11  DATE: 11/30/07

12                              PENINSULA LAW GROUP, APLC

13

14

15                              MONTGOMERY S. PISANO
                                Attorney for Plaintiff
16

17

18

19

20

21

22

23

24

25

26

27

28