*E-filed 12/6/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO ALCAZAR,<br><br>    Plaintiff,<br><br>v.<br><br>SCME MORTGAGE BANKERS, INC.;<br>HILLTOP FINANCIAL MORTGAGE;<br>HOMECOMINGS FINANCIAL, LLC;<br>DEEDEE SANTIAGO; and DOLORES<br>SOTELO,<br><br>    Defendant.<br>_____/ | No. C 07-04687 HRL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference is hereby continued, due to good cause shown. The Case Management Conference currently set for December 18, 2007 is continued to **February 12, 2008, 1:30 pm.** in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113. The parties shall file a joint case management statement **no later than February 5, 2008.**

**IT IS SO ORDERED.**

Dated: 12/6/07

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Frederick Alan Haist fhaist@pldlawyers.com, sgutierrez@pldlawyers.com

Edward Scott Palmer spalmer@pldlawyers.com, aramos@pldlawyers.com

Montgomery Scott Pisano mpisano@plg1.com

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing.

Date:  12/6/07                              /s/ KRO
                                            Chambers of Magistrate Judge Howard R. Lloyd