1  E. Scott Palmer, SBN 155376
   spalmer@pldlawyers.com
2  Frederick A. Haist, SBN 211322
   fhaist@pldlawyers.com
3  PALMER, LOMBARDI & DONOHUE LLP
   888 West 6th Street, 12th Floor
4  Los Angeles, California 90017
   Phone:  (213) 688-0430
5  Fax:  (213) 688-0440

6  Attorneys for Defendant Homecomings Financial, LLC

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 ANTONIO ALCAZAR,                        )  Case No.  C07-04687 HRL
                                           )
12           Plaintiff,                     )
                                           )
13      vs.                                 )  **STIPULATION TO EXTEND DATE
                                           )  FOR DEFENDANT
14 SCME MORTGAGE BANKERS, INC.,            )  HOMECOMINGS FINANCIAL,
   a California Corporation; HILLTOP       )  LLC TO RESPOND TO
15 FINANCIAL MORTGAGE, a California        )  PLAINTIFF'S COMPLAINT**
   Corporation; HOMECOMINGS               )
16 FINANCIAL, LLC, A California            )
   Limited Liability Company; DEEDEE      )
17 SANTIAGO, an individual; DOLORES        )
   SOTELO, an individual; and DOES 1-      )
18 100, inclusive,                         )
                                           )
19           Defendants.                    )
                                           )
20 _____)

21      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22      The undersigned parties, by and through their counsel, E. Scott Palmer and

23 Frederick A. Haist of Palmer, Lombardi & Donohue LLP for Defendant

24 Homecomings Financial, LLC ("Homecomings"), and Montgomery S. Pisano of the

25 Peninsula Law Group, APLC for Plaintiff Antonio Alcazar, have agreed to enter

26 into a stipulation to extend the time in which Defendant Homecomings Financial,

27 LLC has to respond to Plaintiff's complaint so they can further discuss settlement.

28 Homecomings Financial, LLC's response to the complaint is currently due on

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

- 1 -

1  December 11, 2007.

2        The parties therefore stipulate and agree as follows:

3        Defendant Homecomings Financial, LLC's response to Plaintiff's complaint

4  is now due on December 28, 2007.  Defendant Homecomings Financial, LLC has

5  not waived any objection to the venue or to the jurisdiction of the court over the

6  person of the defendant, or any other challenge to the complaint or other pleadings

7  in this case.

8

9  DATED:  December  7 , 2007

10

11

12                              By   /s/ Frederick A. Haist
                                    E. SCOTT PALMER
13                                  FREDERICK A. HAIST
                                    PALMER, LOMBARDI & DONOHUE LLP
14                                  Attorneys for Defendant Homecomings
                                    Financial, LLC
15

16  DATED:  December  7 , 2007

17

18

19                              By   /s/ Montgomery S. Pisano
                                    Montgomery S. Pisano
20                                  PENINSULA LAW GROUP
                                    Attorneys for Plaintiff Antonio Alcazar
21

22

23

24

25

26

27

28

- 2 -
STIPULATION TO EXTEND DATE FOR HOMECOMINGS FINANCIAL, LLC TO RESPOND TO COMPLAINT

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Alice Ramos, am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 888 West 6th Street, 12th Floor, Los Angeles, California 90017.

On December 10, 2007, I served a true and correct copy of: **STIPULATION TO EXTEND DATE FOR DEFENDANT HOMECOMINGS FINANCIAL, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** on the following parties as follows:

Montgomery S. Pisano, Esq.
Peninsula Law Group, APLC
789 Castro Street
Mountain View, CA  94041
Tel:  (650) 903-2200 / Fax:  (650) 969-3699
Email:  mpisano@plg1.com
Attorney for Plaintiff ANTONIO ALCAZAR

**[X]    (ELECTRONICALLY)** I caused said documents to be transmitted using ECF as specified by General Order No. 45.

**[X]    (BY MAIL)** I placed such envelope with postage thereon fully paid in the United States mail at Los Angeles, California.  I am "readily familiar" with this firm's practice of collecting and processing correspondence for mailing.  It is deposited with U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

**[X]    (FEDERAL)**  I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 10, 2007.

/s/ Alice Ramos
Alice Ramos