December 11, 2007.

The parties therefore stipulate and agree as follows:

Defendant Homecomings Financial, LLC's response to Plaintiff's complaint is now due on December 28, 2007. Defendant Homecomings Financial, LLC has not waived any objection to the venue or to the jurisdiction of the court over the person of the defendant, or any other challenge to the complaint or other pleadings in this case.

DATED: December 7, 2007

By _____
E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Defendant Homecomings Financial, LLC

DATED: December 7, 2007

By _____
Montgómery S. Pisano
PENINSULA LAW GROUP
Attorneys for Plaintiff Antonio Alcazar

- 2 -
STIPULATION TO EXTEND DATE FOR HOMECOMINGS FINANCIAL, LLC TO RESPOND TO COMPLAINT