# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



ANTONIO ALCAZAR, an individual

v.

SCME MORTGAGE BANKERS; HILLTOP FINANCIAL MORTGAGE, HOMECOMINGS FINANCIAL, DeeDee Santiago, Dolores Sotelo

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:



C07 04687 HRL

TO: (Name and address of defendant)

SCME MORTGAGE BANKERS, INC., 6265 GREENWICH DR STE 200 SAN DIEGO, CA 92122
HILLTOP FINANCIAL MORTGAGE, a California Corporation; 860 HILLVIEW CT STE 310 MILPITAS, CA 95035
HOMECOMINGS FINANCIAL LLC, 8400 NORMANDALE LAKE BLVD, STE 250 MINNEAPOLIS, MN 55437
DeeDee Santiag, 860 HILLVIEW CT STE 310 MILPITAS, CA 95035
Dolores Sotelo, 6265 GREENWICH DR STE 200 SAN DIEGO, CA 92122

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Montgomery S. Pisano SBN 205230
PENINSULA LAW GROUP, APLC
789 Castro Street
Mountain View, California 94041
Telephone: (650) 903-2200
Facsimile: (650) 969-3699
Email: mpisano@plg1.com

an answer to the complaint which is herewith served upon you, within  30  days after service of this summons upon you, exclusive of the day of service. If you fail to do so judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

SEP 1 1 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 12/05/07 |
| Name of SERVER BALJIT S. PURBA. | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: Bank of America - work address Dea Dee Santiago 1999 So Bascom Ave Campbell, CA. 95008

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/10/07
Date

Signature of Server: Burba

Address of Server: 789 Castro St. Mountain View C.A. 94041.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure