```
 1  E. Scott Palmer, SBN 155376
    spalmer@pldlawyers.com
 2  Frederick A. Haist, SBN 211322
    fhaist@pldlawyers.com
 3  PALMER, LOMBARDI & DONOHUE LLP
    888 West 6th Street, 12th Floor
 4  Los Angeles, California 90017
    Phone: (213) 688-0430
 5  Fax: (213) 688-0440

 6  Attorneys for Defendant Homecomings Financial, LLC

 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANTONIO ALCAZAR, | Case No. C07-04687 |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DATE FOR DEFENDANT HOMECOMINGS FINANCIAL, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| SCME MORTGAGE BANKERS, INC., a California Corporation; HILLTOP FINANCIAL MORTGAGE, a California Corporation; HOMECOMINGS FINANCIAL, LLC, A California Limited Liability Company; DEEDEE SANTIAGO, an individual; DOLORES SOTELO, an individual; and DOES 1-100, inclusive, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The undersigned parties, by and through their counsel, E. Scott Palmer and Frederick A. Haist of Palmer, Lombardi & Donohue LLP for Defendant Homecomings Financial, LLC ("Homecomings"), and Montgomery S. Pisano of the Peninsula Law Group, APLC for Plaintiff Antonio Alcazar, have agreed to enter into a stipulation to extend the time in which Defendant Homecomings Financial, LLC has to respond to Plaintiff's complaint so they can further discuss settlement. Homecomings Financial, LLC's response to the complaint is currently due on

- 1 -
STIPULATION TO EXTEND DATE FOR HOMECOMINGS FINANCIAL, LLC TO RESPOND TO COMPLAINT

1 | December 28, 2007.

2 | The parties therefore stipulate and agree as follows:

3 | Defendant Homecomings Financial, LLC's response to Plaintiff's complaint
4 | is now due on January 11, 2007. Defendant Homecomings Financial, LLC has not
5 | waived any objection to the venue or to the jurisdiction of the court over the person
6 | of the defendant, or any other challenge to the complaint or other pleadings in this
7 | case.

9 | DATED: December 26, 2007

12 | By _____
13 | E. SCOTT PALMER
    | FREDERICK A. HAIST
14 | PALMER, LOMBARDI & DONOHUE LLP
    | Attorneys for Defendant Homecomings
15 | Financial, LLC

16 | DATED: ~~December~~, 2007
17 | 1/3/08

19 | By _____
20 | Montgomery S. Pisano
    | PENINSULA LAW GROUP
    | Attorneys for Plaintiff Antonio Alcazar

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Alice Ramos, am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 888 West 6th Street, 12th Floor, Los Angeles, California 90017.

On January 4, 2008, I served the foregoing: **STIPULATION TO EXTEND DATE FOR DEFENDANT HOMECOMINGS FINANCIAL, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** on Interested Parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

> Montgomery S. Pisano, Esq.
> Peninsula Law Group, APLC
> 789 Castro Street
> Mountain View, CA 94041
> Tel: (650) 903-2200 / Fax: (650) 969-3699
> Email: mpisano@plg1.com
> Attorney for Plaintiff ANTONIO ALCAZAR

[X]    **(BY MAIL)** I placed such envelope with postage thereon fully paid in the United States mail at Los Angeles, California. I am "readily familiar" with this firm's practice of collecting and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ]    (STATE)    I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]    (FEDERAL)    I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 4, 2008.

*Alice Ramos* (signature)
Alice Ramos