E. Scott Palmer, SBN 155376
spalmer@pldlawyers.com
Frederick A. Haist, SBN 211322
fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone:  (213) 688-0430
Fax:  (213) 688-0440

Attorneys for Defendant Homecomings Financial, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ALCAZAR, | Case No.  C07-04687 |
| Plaintiff, | |
| vs. | **ANSWER OF DEFENDANT HOMECOMINGS FINANCIAL, LLC TO PLAINTIFF'S COMPLAINT** |
| SCME MORTGAGE BANKERS, INC., a California Corporation; HILLTOP FINANCIAL MORTGAGE, a California Corporation; HOMECOMINGS FINANCIAL, LLC, A California Limited Liability Company; DEEDEE SANTIAGO, an individual; DOLORES SOTELO, an individual; and DOES 1-100, inclusive, | |
| Defendants. | |

Defendant Homecomings Financial, LLC ("Defendant") answers Plaintiff Antonio Alcazar ("Plaintiff")'s complaint as follows:

1.    In answering paragraph 1, which contains no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

2.    In answering paragraph 2, Defendant admits that this court has jurisdiction over questions of federal law pursuant to 28 U.S.C. §1331.  Defendant

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

admits that this court can, under most circumstances, exercise supplemental jurisdiction to hear Plaintiff's state law claims under 28 U.S.C. §1391(b).  Except as expressly admitted herein, Defendant denies, generally and specifically, each and every remaining allegation in paragraph 2 of the complaint.

3.    In answering paragraph 3, Defendant admits that, based upon Plaintiff's apparent residence and location of the property at subject in this action, the venue is proper in the United States District Court for the Northern District of California, San Jose Division and the complaint was filed in that venue.  Except as expressly admitted herein, Defendant denies, generally and specifically, each and every remaining allegation of paragraph 3.

4.    In answering paragraph 4, Defendant admits that, based upon Plaintiff's apparent residence and location of the property at subject in this action, the venue is proper in the United States District Court for the Northern District of California, San Jose Division and the complaint was filed in that venue.  Except as expressly admitted herein, Defendant denies, generally and specifically, each and every remaining allegation of paragraph 4.

5.    In answering paragraph 5, which contains no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies, generally and specifically, each and every allegation contained therein.

6.    In answering paragraph 6, Defendant admits that SCME Mortgage Bankers, Inc. is registered as a corporation with the State of California with an address indicating its headquarters are in the City of San Diego.  Except as expressly admitted herein, Defendant is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph, and on that basis denies, generally and specifically, each and every allegation contained therein.

7.    In answering paragraph 7, Defendant admits that Hilltop Financial

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

Mortgage, Inc. is registered as a corporation with the State of California with an address indicating its headquarters are in the City of Milpitas.  Except as expressly admitted herein, Defendant is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph, and on that basis denies, generally and specifically, each and every allegation contained therein.

8.    In answering paragraph 8, Defendant admits that Homecomings Financial, LLC is a Delaware limited liability company admitted to do business in the state of California and services loans on properties located in Santa Clara County, California.  Except as expressly admitted herein, Defendant denies, generally and specifically, each and every remaining allegation of paragraph 8.

9.    In answering paragraph 9, which contains no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies, generally and specifically, each and every allegation contained therein.

10.    In answering paragraph 10, Defendant denies that Plaintiff can sue Doe Defendants in federal court.  Defendant is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph, and on that basis denies, generally and specifically, each and every allegation contained therein.

11.    In answering paragraph 11, Defendant denies, generally and specifically, each and every allegation contained therein.

12.    In answering paragraph 12, Defendant denies, generally and specifically, each and every allegation contained therein.

13.    In answering paragraph 13, Defendant admits a house is located at 221 Del Norte Avenue, Sunnyvale, California 94086.  Except as expressly admitted herein, Defendant is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph, and on that

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

1    basis denies, generally and specifically, each and every allegation contained therein.

2        14.    In answering paragraph 14, which contains no allegations against

3    Defendant, Defendant is without sufficient information or knowledge to form a

4    belief as to the truth of the allegations contained in this paragraph, and on that basis

5    denies, generally and specifically, each and every allegation contained therein.

6        15.    In answering paragraph 15, which contains no allegations against

7    Defendant, Defendant is without sufficient information or knowledge to form a

8    belief as to the truth of the allegations contained in this paragraph, and on that basis

9    denies, generally and specifically, each and every allegation contained therein.

10        16.    In answering paragraph 16, Defendant admits that the Truth in Lending

11    Statement and Good Faith Estimate in Plaintiff's loan file is in English and that the

12    loan he received is a variable rate loan.  Except as expressly admitted herein,

13    Defendant is without sufficient information or knowledge to form a belief as to the

14    truth of the remaining allegations contained in this paragraph, and on that basis

15    denies, generally and specifically, each and every allegation contained therein.

16        17.    In answering paragraph 17, Defendant admits that the final Settlement

17    Statement indicates the loan settled on December 22, 2005 and the documents in the

18    loan file are written in English.  Except as expressly admitted herein, Defendant is

19    without sufficient information or knowledge to form a belief as to the truth of the

20    remaining allegations contained in this paragraph, and on that basis denies,

21    generally and specifically, each and every allegation contained therein.

22        18.    In answering paragraph 18, Defendant admits the documents in the loan

23    file are written in English.  Except as expressly admitted herein, Defendant is

24    without sufficient information or knowledge to form a belief as to the truth of the

25    remaining allegations contained in this paragraph, and on that basis, generally and

26    specifically, denies each and every allegation contained therein.

27        19.    In answering paragraph 19, which contains no allegations against

28    Defendant, Defendant is without sufficient information or knowledge to form a

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

ANSWER OF DEFENDANT HOMECOMINGS FINANCIAL, LLC TO PLAINTIFF'S COMPLAINT

1  belief as to the truth of the allegations contained in this paragraph, and on that basis

2  denies, generally and specifically, each and every allegation contained therein.

3      20.    In answering paragraph 20, Defendant denies, generally and

4  specifically, that it forged documents or Mr. Alcazar's signature.  Defendant is

5  without sufficient information or knowledge to form a belief as to the truth of the

6  remaining allegations contained in this paragraph, and on that basis denies,

7  generally and specifically, each and every allegation contained therein.

8      21.    In answering paragraph 21, which contains no allegations directly

9  involving or pertaining to Defendant, Defendant is without sufficient information or

10  knowledge to form a belief as to the truth of the allegations contained in this

11  paragraph, and on that basis denies, generally and specifically, each and every

12  allegation contained therein.

13      22.    In answering paragraph 22, Defendant admits it is the loan servicer for

14  the loan identified in the complaint and that currently, Plaintiff has not defaulted on

15  the loan.  Except as expressly admitted herein, Defendant denies that it knew or

16  should have known of the alleged fraudulent practices of the other defendants.

17  Defendant is without sufficient information or knowledge to form a belief as to the

18  truth of the remaining allegations contained in this paragraph, and on that basis

19  denies, generally and specifically, each and every allegation contained therein.

20      23.    In answering paragraph 23, Defendant incorporates by reference all

21  previous denials and admissions in the previous paragraphs, as though fully set forth

22  herein.

23      24.    In answering paragraph 24, Defendant admits that it engages in loan

24  servicing for loans secured by real estate and the loan that is the subject of this

25  action is secured by real estate and currently is serviced by Defendant.  Defendant

26  admits that the loan closed on or about December 22, 2005.  Except as expressly

27  admitted herein, Defendant is without sufficient information or knowledge to form a

28  belief as to the truth of the remaining allegations contained in this paragraph, and on

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

ANSWER OF DEFENDANT HOMECOMINGS FINANCIAL, LLC TO PLAINTIFF'S COMPLAINT

that basis denies, generally and specifically, each and every allegation contained therein.

25.    In answering paragraph 25, Defendant is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph, and on that basis denies, generally and specifically, each and every allegation contained therein.

26.    In answering paragraph 26, to the extent the allegations pertain to Defendant in particular, Defendant denies, generally and specifically, each and every allegation contained in this paragraph.  As to any remaining allegations contained in this paragraph, which are not specifically denied and which do not relate to Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations, and on that basis denies, generally and specifically, each and every allegation contained therein.

27.    In answering paragraph 27, to the extent the allegations pertain to Defendant in particular, Defendant denies, generally and specifically, each and every allegation contained in this paragraph.  As to any remaining allegations contained in this paragraph, which are not specifically denied and which contain no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations, and on that basis denies, generally and specifically, each and every allegation contained therein.

28.    In answering paragraph 28, Defendant incorporates by reference all previous denials and admissions in the previous paragraphs, as though fully set forth herein.

29.    In answering paragraph 29, to the extent the allegations pertain to Defendant in particular, Defendant denies, generally and specifically, each and every allegation contained in this paragraph.  As to any remaining allegations contained in this paragraph, which are not specifically denied and which contain no allegations against Defendant, Defendant is without sufficient information or

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

ANSWER OF DEFENDANT HOMECOMINGS FINANCIAL, LLC TO PLAINTIFF'S COMPLAINT

1   knowledge to form a belief as to the truth of the allegations, and on that basis denies,

2   generally and specifically, each and every allegation contained therein.

3       30.    In answering paragraph 30, Defendant admits that the transaction was

4   a loan transaction as the term is colloquially defined but as to any remaining

5   allegations or definitions contained in this paragraph, denies, generally and

6   specifically, each and every allegation and definition contained therein.

7       31.    In answering paragraph 31, to the extent the allegations pertain to

8   Defendant in particular, Defendant denies, generally and specifically, each and

9   every allegation contained in this paragraph.  As to any remaining allegations

10  contained in this paragraph, which are not specifically denied and which do not

11  relate to Defendant, Defendant is without sufficient information or knowledge to

12  form a belief as to the truth of the allegations, and on that basis denies, generally and

13  specifically, each and every allegation contained therein.

14      32.    In answering paragraph 32, , to the extent the allegations pertain to

15  Defendant in particular, Defendant denies, generally and specifically, each and

16  every allegation contained in this paragraph.  As to any remaining allegations

17  contained in this paragraph, which are not specifically denied and which contain no

18  allegations against Defendant, Defendant is without sufficient information or

19  knowledge to form a belief as to the truth of the allegations, and on that basis denies,

20  generally and specifically, each and every allegation contained therein.

21      33.    In answering paragraph 33, Defendant incorporates by reference all

22  previous denials and admissions in the previous paragraphs, as though fully set forth

23  herein.

24      34.    In answering paragraph 34, which contains no allegations against

25  Defendant, Defendant is without sufficient information or knowledge to form a

26  belief as to the truth of the allegations contained in this paragraph, and on that basis

27  denies, generally and specifically, each and every allegation contained therein.

28

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

ANSWER OF DEFENDANT HOMECOMINGS FINANCIAL, LLC TO PLAINTIFF'S COMPLAINT

35.    In answering paragraph 35, Defendant denies, generally and specifically, each and every allegation contained in this paragraph.

36.    In answering paragraph 36, Defendant denies, generally and specifically, each and every allegation contained in this paragraph.

37.    In answering paragraph 37, to the extent the allegations pertain to Defendant in particular, Defendant denies, generally and specifically, each and every allegation contained in this paragraph.  As to any remaining allegations contained in this paragraph, which are not specifically denied, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations, and on that basis denies, generally and specifically, each and every allegation contained therein.

38.    In answering paragraph 38, to the extent the allegations pertain to Defendant in particular, Defendant denies, generally and specifically, each and every allegation contained in this paragraph.  As to any remaining allegations contained in this paragraph, which are not specifically denied and which contain no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations, and on that basis denies, generally and specifically, each and every allegation contained therein.

39.    In answering paragraph 39, to the extent the allegations pertain to Defendant in particular, Defendant denies, generally and specifically, each and every allegation contained in this paragraph.  As to any remaining allegations contained in this paragraph, which are not specifically denied and which contain no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations, and on that basis denies, generally and specifically, each and every allegation contained therein.

40.    In answering paragraph 40, to the extent the allegations pertain to Defendant in particular, Defendant denies, generally and specifically, each and every allegation contained in this paragraph.  As to any remaining allegations

ANSWER OF DEFENDANT HOMECOMINGS FINANCIAL, LLC TO PLAINTIFF'S COMPLAINT

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

contained in this paragraph, which are not specifically denied and which contain no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations, and on that basis denies, generally and specifically, each and every allegation contained therein.

41.     In answering paragraph 41, to the extent the allegations pertain to Defendant in particular, Defendant denies, generally and specifically, each and every allegation contained in this paragraph.  As to any remaining allegations contained in this paragraph, which are not specifically denied and which contain no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations, and on that basis denies, generally and specifically, each and every allegation contained therein.

42.     In answering paragraph 42, Defendant incorporates by reference all previous denials and admissions in the previous paragraphs, as though fully set forth herein.

43.     In answering paragraph 43, to the extent the allegations pertain to Defendant in particular, Defendant denies, generally and specifically, each and every allegation contained in this paragraph.  As to any remaining allegations contained in this paragraph, which are not specifically denied and which do not relate to Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations, and on that basis denies, generally and specifically, each and every allegation contained therein.

44.     In answering paragraph 44, to the extent the allegations pertain to Defendant in particular, Defendant denies, generally and specifically, each and every allegation contained in this paragraph.  As to any remaining allegations contained in this paragraph, which are not specifically denied and which contain no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations, and on that basis denies, generally and specifically, each and every allegation contained therein.

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

45.    In answering paragraph 45, which contains no allegations against Defendant, Defendant incorporates by reference all previous denials and admissions in the previous paragraphs, as though fully set forth herein.

46.    In answering paragraph 46, which contains no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies, generally and specifically, each and every allegation contained therein.

47.    In answering paragraph 47, which contains no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph, and on that basis, generally and specifically, denies each and every allegation contained therein.

48.    In answering paragraph 48, to the extent the allegations pertain to Defendant in particular, Defendant denies, generally and specifically, each and every allegation contained in this paragraph.  As to any remaining allegations contained in this paragraph, which are not specifically denied and which contain no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations, and on that basis denies, generally and specifically, each and every allegation contained therein.

49.    In answering paragraph 49, to the extent the allegations pertain to Defendant in particular, Defendant denies, generally and specifically, each and every allegation contained in this paragraph.  As to any remaining allegations contained in this paragraph, which are not specifically denied and which contain no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations, and on that basis denies, generally and specifically, each and every allegation contained therein.

50.    In answering paragraph 50, to the extent the allegations pertain to Defendant in particular, Defendant denies, generally and specifically, each and every allegation contained in this paragraph.  As to any remaining allegations

ANSWER OF DEFENDANT HOMECOMINGS FINANCIAL, LLC TO PLAINTIFF'S COMPLAINT

contained in this paragraph, which are not specifically denied and which contain no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations, and on that basis denies, generally and specifically, each and every allegation contained therein.

51.    In answering paragraph 51, to the extent the allegations pertain to Defendant in particular, Defendant denies, generally and specifically, each and every allegation contained in this paragraph.  As to any remaining allegations contained in this paragraph, which are not specifically denied and which contain no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations, and on that basis denies, generally and specifically, each and every allegation contained therein.

52.    In answering paragraph 52, Defendant incorporates by reference all previous denials and admissions in the previous paragraphs, as though fully set forth herein.

53.    In answering paragraph 53, to the extent the allegations pertain to Defendant in particular, Defendant denies, generally and specifically, each and every allegation contained in this paragraph.  As to any remaining allegations contained in this paragraph, which are not specifically denied and which contain no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations, and on that basis denies, generally and specifically, each and every allegation contained therein.

54.    In answering paragraph 54, Defendant denies, generally and specifically, each and every allegation contained in this paragraph.

55.    In answering paragraph 55, Defendant denies that Defendants Sotello, Santiago, Hilltop or SCME are its agents.  As to any remaining allegations contained in this paragraph, which are not specifically denied and which contain no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this

ANSWER OF DEFENDANT HOMECOMINGS FINANCIAL, LLC TO PLAINTIFF'S COMPLAINT

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

1    paragraph, and on that basis denies, generally and specifically, each and every
2    allegation contained therein.

3          56.    In answering paragraph 56, which contains no allegations against
4    Defendant, Defendant is without sufficient information or knowledge to form a
5    belief as to the truth of the allegations contained in this paragraph, and on that basis
6    denies, generally and specifically, each and every allegation contained therein.

7          57.    In answering paragraph 57, Defendant incorporates by reference all
8    previous denials and admissions in the previous paragraphs, as though fully set forth
9    herein.

10          58.    In answering paragraph 58, to the extent the allegations pertain to
11    Defendant in particular, Defendant denies, generally and specifically, each and
12    every allegation contained in this paragraph.  As to any remaining allegations
13    contained in this paragraph, which are not specifically denied and which contain no
14    allegations against Defendant, Defendant is without sufficient information or
15    knowledge to form a belief as to the truth of the allegations, and on that basis denies,
16    generally and specifically, each and every allegation contained therein.

17          59.    In answering paragraph 59, to the extent the allegations pertain to
18    Defendant in particular, Defendant denies, generally and specifically, each and
19    every allegation contained in this paragraph.  As to any remaining allegations
20    contained in this paragraph, which are not specifically denied and which contain no
21    allegations against Defendant, Defendant is without sufficient information or
22    knowledge to form a belief as to the truth of the allegations, and on that basis denies,
23    generally and specifically, each and every allegation contained therein.

24          60.    In answering paragraph 60, Defendant denies, generally and
25    specifically, each and every allegation contained in this paragraph.

26          61.    In answering paragraph 61, to the extent the allegations pertain to
27    Defendant in particular, Defendant denies, generally and specifically, each and
28    every allegation contained in this paragraph.  As to any remaining allegations

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

ANSWER OF DEFENDANT HOMECOMINGS FINANCIAL, LLC TO PLAINTIFF'S COMPLAINT

1  contained in this paragraph, which are not specifically denied, Defendant is without

2  sufficient information or knowledge to form a belief as to the truth of the

3  allegations, and on that basis denies, generally and specifically, each and every

4  allegation contained therein.

5      62.    In answering paragraph 62, to the extent the allegations pertain to

6  Defendant in particular, Defendant denies, generally and specifically, each and

7  every allegation contained in this paragraph.  As to any remaining allegations

8  contained in this paragraph, which are not specifically denied and which contain no

9  allegations against Defendant, Defendant is without sufficient information or

10 knowledge to form a belief as to the truth of the allegations, and on that basis denies,

11 generally and specifically, each and every allegation contained therein.

12     63.    In answering paragraph 63, to the extent the allegations pertain to

13 Defendant in particular, Defendant denies, generally and specifically, each and

14 every allegation contained in this paragraph.  As to any remaining allegations

15 contained in this paragraph, which are not specifically denied and which contain no

16 allegations against Defendant, Defendant is without sufficient information or

17 knowledge to form a belief as to the truth of the allegations, and on that basis denies,

18 generally and specifically, each and every allegation contained therein.

19     64.    In answering paragraph 64, to the extent the allegations pertain to

20 Defendant in particular, Defendant denies, generally and specifically, each and

21 every allegation contained in this paragraph.  As to any remaining allegations

22 contained in this paragraph, which are not specifically denied and which contain no

23 allegations against Defendant, Defendant is without sufficient information or

24 knowledge to form a belief as to the truth of the allegations, and on that basis denies,

25 generally and specifically, each and every allegation contained therein.

26     65.    In answering paragraph 65, Defendant incorporates by reference all

27 previous denials and admissions in the previous paragraphs, as though fully set forth

28 herein.

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

ANSWER OF DEFENDANT HOMECOMINGS FINANCIAL, LLC TO PLAINTIFF'S COMPLAINT

66.    In answering paragraph 66, to the extent the allegations pertain to Defendant in particular, Defendant denies, generally and specifically, each and every allegation contained in this paragraph.  As to any remaining allegations contained in this paragraph, which are not specifically denied and which contain no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations, and on that basis denies, generally and specifically, each and every allegation contained therein.

67.    In answering paragraph 67, Defendant incorporates by reference all previous denials and admissions in the previous paragraphs, as though fully set forth herein.

68.    In answering paragraph 68, which contains no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies, generally and specifically, each and every allegation contained therein.

69.    In answering paragraph 69, which contains no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies, generally and specifically, each and every allegation contained therein.

70.    In answering paragraph 70, which contains no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies, generally and specifically, each and every allegation contained therein.

71.    In answering paragraph 71, Defendant incorporates by reference all previous denials and admissions in the previous paragraphs, as though fully set forth herein.

72.    In answering paragraph 72, which contains no allegations against Defendant, Defendant is without sufficient information or knowledge to form a

ANSWER OF DEFENDANT HOMECOMINGS FINANCIAL, LLC TO PLAINTIFF'S COMPLAINT

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

belief as to the truth of the allegations contained in this paragraph, and on that basis denies, generally and specifically, each and every allegation contained therein.

73.    In answering paragraph 73, which contains no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies, generally and specifically, each and every allegation contained therein.

74.    In answering paragraph 74, which contains no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies, generally and specifically, each and every allegation contained therein.

75.    In answering paragraph 75, which contains no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies, generally and specifically, each and every allegation contained therein.

76.    In answering paragraph 76, Defendant incorporates by reference all previous denials and admissions in the previous paragraphs, as though fully set forth herein.

77.    In answering paragraph 77, which contains no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies, generally and specifically, each and every allegation contained therein.

78.    In answering paragraph 78, which contains no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies, generally and specifically, each and every allegation contained therein.

79.    In answering paragraph 79, which contains no allegations against Defendant, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph, and on that basis

1  denies, generally and specifically, each and every allegation contained therein.

2      80.    In answering paragraph 80, which contains no allegations against

3  Defendant, Defendant is without sufficient information or knowledge to form a

4  belief as to the truth of the allegations contained in this paragraph, and on that basis

5  denies, generally and specifically, each and every allegation contained therein.

6      81.    In answering paragraph 81, which contains no allegations against

7  Defendant, Defendant is without sufficient information or knowledge to form a

8  belief as to the truth of the allegations contained in this paragraph, and on that basis

9  denies, generally and specifically, each and every allegation contained therein.

10      82.    In answering paragraph 82, which contains no allegations against

11  Defendant, Defendant is without sufficient information or knowledge to form a

12  belief as to the truth of the allegations contained in this paragraph, and on that basis

13  denies, generally and specifically, each and every allegation contained therein.

14      83.    In answer to the prayer for relief of the Complaint, Defendant denies,

15  generally and specifically, each and every allegation contained therein.

16

17  ## AFFIRMATIVE DEFENSES

18      As separate and distinct affirmative defenses to Plaintiff's complaint,

19  Defendant alleges as follows:

20  ### FIRST AFFIRMATIVE DEFENSE

21      1.    <u>Failure to State a Claim</u>:  The Complaint and each and every purported

22  cause of action therein, fails to state a claim for which relief can be granted against

23  Defendant.

24  ### SECOND AFFIRMATIVE DEFENSE

25      2.    <u>Statute of Limitations</u>:  Defendant alleges that the causes of action set

26  forth in the Complaint are barred by the applicable Statute of Limitations, including,

27  but not limited to, 12 U.S.C. §2614, 15 U.S.C. §§1635(a) and 1640(e), 42 U.S.C.

28

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

§3613, 15 U.S.C. §1691e, Code of Civil Procedure §§337, 338, 340; 12 C.F.R. §226.23(a)(3); and Business and Professions Code §17208.

THIRD AFFIRMATIVE DEFENSE

3.    <u>Failure to Mitigate</u>:  Plaintiff, though under a duty to do so, failed and neglected to mitigate his alleged damages and, therefore, cannot recover against Defendant, whether as alleged or otherwise.

FOURTH AFFIRMATIVE DEFENSE

4.    <u>Contribution</u>:  Defendant alleges that the damages suffered by Plaintiff, if any, were the direct and proximate result of the negligence of parties, persons, corporations, and/or entities other than Defendant, and that the liability of Defendant, if any, is limited in direct proportion to the percentage of fault actually attributable to Defendant.

FIFTH AFFIRMATIVE DEFENSE

5.    <u>Estoppel</u>:  Defendant is informed and believes, and thereon alleges that Plaintiff engaged in certain conduct and activities, with respect to the contract, incidents and other subject matter of this litigation; and by reason of said activities and conduct, Plaintiff is estopped from asserting any claims for damages or seeking any other relief against Defendant.

SIXTH AFFIRMATIVE DEFENSE

6.    <u>Waiver</u>:  Defendant is informed and believes and therefore alleges that Plaintiff engaged in conduct and activities sufficient to constitute a waiver of any alleged breach of contract, duty, negligence, act, omission or any other conduct, if any, as set forth in the Complaint.

SEVENTH AFFIRMATIVE DEFENSE

7.    <u>Intervening Superseding Causes</u>:  Defendant is informed and believes, and based thereon, alleges, that the injuries and damages of which Plaintiff complains were proximately caused by or contributed to by the acts of other Defendants, persons and/or other entities and that said acts were an intervening and

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

superseding cause of the injuries or damages, if any, of which Plaintiff complains, thus barring Plaintiff from any recovery against Defendant.

## EIGHTH AFFIRMATIVE DEFENSE

8.    Laches:  Plaintiff waited an unreasonable period of time before asserting his claims, if any, against Defendant, and such claims are barred from being asserted under the doctrine of laches.

## NINTH AFFIRMATIVE DEFENSE

9.    Unclean Hands:  Plaintiff is barred from asserting any claims against Defendant by his own unclean hands.

## TENTH AFFIRMATIVE DEFENSE

10.    Contributory Conduct:  Defendant is informed and believes and thereon alleges that Plaintiff failed to exercise reasonable and ordinary care, caution or prudence; was negligent, careless, reckless and unlawfully conducted herself, and that the alleged injury or damages, if any in fact were suffered, were proximately caused and/or contributed to by Plaintiff's own negligent and/or intentional conduct.

## ELEVENTH AFFIRMATIVE DEFENSE

11.    Ratification:  Plaintiff's causes of action are barred because Plaintiff, through his words or conduct, has ratified all the actions of Defendant.

## TWELFTH AFFIRMATIVE DEFENSE

12.    Inability to Tender:  Plaintiff, while under a duty to do so, does not have the ability to tender, and therefore, cannot recover against Defendant, whether as alleged or otherwise.

## THIRTEENTH AFFIRMATIVE DEFENSE

13.    Conditional Rescission:  Defendant alleges that Plaintiff has no basis for the attempted rescission but, if the cancellation is deemed to be valid (which Defendant denies), the procedures regarding the effects of rescission should be

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

ANSWER OF DEFENDANT HOMECOMINGS FINANCIAL, LLC TO PLAINTIFF'S COMPLAINT

modified by Court Order such that any rescission should be conditioned on tender by Plaintiff of the money or property he has received through the loan transaction.

## FOURTEENTH AFFIRMATIVE DEFENSE

14.    <u>Offset</u>:  Defendant is informed and believes, and thereon alleges that Plaintiff engaged in certain conduct and activities, with respect to the contracts, incidents and other subject matter of this litigation; and by reason of said activities and conduct, and without admitting any liability whatsoever, Defendant is entitled to an offset, nullifying damages awarded to Plaintiff, if any.

## FIFTEENTH AFFIRMATIVE DEFENSE

15.    <u>Conclusive Proof</u>.  Pursuant to 15 U.S.C. §1641(b), Plaintiff is barred from seeking to recover general and compensatory damages, statutory damages, and attorney's fees from Defendant because Defendant is an assignee of the original creditor, and Plaintiff's written acknowledgement of receipt of the pertinent loan documents is conclusive proof of the delivery thereof.

## SIXTEENTH AFFIRMATIVE DEFENSE

16.    <u>Liability of Assignee</u>:  Plaintiff's claims for general and compensatory damages, statutory damages, and attorney's fees, against Defendant are barred because pursuant to 15 U.S.C. §1641(e), Defendant is an assignee of the original creditor, and the violation for which such action is brought is not apparent on the face of the disclosure statement provided in connection with such transaction.

## SEVENTEENTH AFFIRMATIVE DEFENSE

17.    <u>Servicer Liability</u>:  Defendant alleges that the causes of action set forth in the Complaint against Defendant are barred because Defendant, in its capacity as a servicer of the loan, does not possess and has never possessed an interest in the loan.

## EIGHTEENTH AFFIRMATIVE DEFENSE

18.    <u>Notice of Rescission to Servicer</u>:  Defendant alleges that the causes of action set forth in the Complaint against Defendant are barred because Plaintiff

PALMER, LOMBARDI & DONOHUE LLP
888 West 6ᵗʰ Street, 12ᵗʰ Floor
Los Angeles, California 90017

improperly provided notice of rescission to Defendant in its capacity as servicer of the loan.

## NINETEENTH AFFIRMATIVE DEFENSE

19.    Reservation:  Defendant presently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated affirmative defenses available.  Defendant reserves herein the right to assert additional affirmative defenses in the event that future investigation and discovery indicates that they would be appropriate at any time during any proceeding, hearing, and trial of this litigation.

## PRAYER FOR RELIEF

WHEREFORE, Defendant prays that:

1.    Plaintiff take nothing by way of his Complaint;

2.    The Complaint be dismissed;

3.    Defendant be awarded its attorney's fees, expenses and costs of suit incurred herein;

4.    For such other further relief as the Court deems just and proper.

DATED:  January 11, 2008

By    /s/ Frederick A. Haist
     E. SCOTT PALMER
     FREDERICK A. HAIST
     PALMER, LOMBARDI & DONOHUE LLP
     Attorneys for Defendant Homecomings
     Financial, LLC

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

ANSWER OF DEFENDANT HOMECOMINGS FINANCIAL, LLC TO PLAINTIFF'S COMPLAINT

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Alice Ramos, am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 888 West 6th Street, 12th Floor, Los Angeles, California 90017.

On January 11, 2008, I served the foregoing: **ANSWER OF DEFENDANT HOMECOMINGS FINANCIAL, LLC TO PLAINTIFF'S COMPLAINT** on Interested Parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Montgomery S. Pisano, Esq.
Peninsula Law Group, APLC
789 Castro Street
Mountain View, CA 94041
Tel: (650) 903-2200 / Fax: (650) 969-3699
Email: mpisano@plg1.com
Attorney for Plaintiff ANTONIO ALCAZAR

[X]    **(BY MAIL)** I placed such envelope with postage thereon fully paid in the United States mail at Los Angeles, California. I am "readily familiar" with this firm's practice of collecting and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[X]    **(ELECTRONICALLY)** I caused said document(s) to be transmitted using ECF as specified by General Order No. 45.

[X]    **(FEDERAL)** I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 11, 2008.

/s/ Alice Ramos
Alice Ramos

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017