E. Scott Palmer, SBN 155376
spalmer@pldlawyers.com
Frederick A. Haist, SBN 211322
fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant Homecomings Financial, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ALCAZAR,<br><br>Plaintiff,<br><br>vs.<br><br>SCME MORTGAGE BANKERS, INC., a California Corporation; HILLTOP FINANCIAL MORTGAGE, a California Corporation; HOMECOMINGS FINANCIAL, LLC, A California Limited Liability Company; DEEDEE SANTIAGO, an individual; DOLORES SOTELO, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C07-04687 HRL-JRG<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Homecomings Financial, LLC. Defendant.
2. SCME Mortgage Bankers, Inc. Defendant.

3. Hilltop Financial Mortgage. Defendant.

4. Dolores Sotelo. Defendant.

5. Deedee Santiago. Defendant.

6. Residential Funding Company, LLC. Homecomings Financial, LLC is a wholly owned subsidiary of Residential Funding Company, LLC.

7. Residential Capital, LLC. Homecomings Financial, LLC is an indirect subsidiary of Residential Capital, LLC.

8. General Motors Corporation. Homecomings Financial, LLC is an indirect subsidiary of General Motors Corporation, a publicly traded corporation.

9. Deutsche Bank AG. Deutsche Bank is a Trustee and loan holder on the property.

10. The Bank of New York Mellon Corporation fka The Bank of New York Company, Inc. Bank of New York Co. is a Trustee and loan holder on the property.

DATED: January 11, 2008

By   /s/ Frederick A. Haist
E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Defendant Homecomings Financial, LLC

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

   I, Alice Ramos, am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 888 West 6th Street, 12th Floor, Los Angeles, California 90017.

   On January 11, 2008, I served the foregoing: **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on Interested Parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

> Montgomery S. Pisano, Esq.
> Peninsula Law Group, APLC
> 789 Castro Street
> Mountain View, CA  94041
> Tel:  (650) 903-2200 / Fax:  (650) 969-3699
> Email:  mpisano@plg1.com
> Attorney for Plaintiff ANTONIO ALCAZAR

**[X]     (BY MAIL)** I placed such envelope with postage thereon fully paid in the United States mail at Los Angeles, California.  I am "readily familiar" with this firm's practice of collecting and processing correspondence for mailing.  It is deposited with U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

**[X]     (ELECTRONICALLY)** I caused said document(s) to be transmitted using ECF as specified by General Order No. 45.

**[X]     (FEDERAL)**  I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

   Executed on January 11, 2008.

                              /s/ Alice Ramos
                              Alice Ramos