UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO ALCAZAR

        Plaintiff(s),

v.

SCME MORTGAGE BANKERS, INC. et al.

        Defendant(s).

No. C 07-04687 HRL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: February 1, 2008

Signature: /s/ Frederick B. Hunt

Counsel for Defendant Homecomings
(Plaintiff, Defendant, or indicate "pro se")

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Alice Ramos, am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 888 West 6th Street, 12th Floor, Los Angeles, California 90017.

On February 1, 2008, I served the foregoing: **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** on Interested Parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

> Montgomery S. Pisano, Esq.
> Peninsula Law Group, APLC
> 789 Castro Street
> Mountain View, CA  94041
> Tel:  (650) 903-2200 / Fax:  (650) 969-3699
> Email:  mpisano@plg1.com
> Attorney for Plaintiff ANTONIO ALCAZAR

[X]   **(BY MAIL)** I placed such envelope with postage thereon fully paid in the United States mail at Los Angeles, California.  I am "readily familiar" with this firm's practice of collecting and processing correspondence for mailing.  It is deposited with U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[X]   **(ELECTRONICALLY)** I caused said document(s) to be transmitted using ECF as specified by General Order No. 45.

[X]   **(FEDERAL)**  I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 1, 2008.

*Alice Ramos*
Alice Ramos