**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Antonio Alcazar, an individual,<br><br>            Plaintiff,<br><br>   v.<br><br>SCME Mortgage Bankers, Inc., a California Corporation, et.al.,<br><br>            Defendants.<br>_____/ | No. C07-04687<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for February 12, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: February 4, 2008                    RICHARD W. WIEKING,
                                                              United States District Court

                                                              */s/ Patty Cromwell*
                                                              By: Patty Cromwell
                                                              Courtroom Deputy Clerk to
                                                              Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Frederick Alan Haist fhaist@pldlawyers.com, aramos@pldlawyers.com, spalmer@pldlawyers.com

Edward Scott Palmer spalmer@pldlawyers.com, aramos@pldlawyers.com

Montgomery Scott Pisano mpisano@plg1.com

2