**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ALCAZAR,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>SCME MORTGAGE BANKERS INC.,<br><br>　　　　Defendant(s).<br>_____/ | No. C 07-04687 JW<br><br>CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to reassignment of this case the Case Management Conferenece before magistrate Judge Howard R. Lloyd was VACATED. A new Case Management Conference has been set before Judge James Ware on **March 17, 2008 at 10:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to submit a joint case management statement by March 7, 2008.

Dated: February 7, 2008

　　　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT,
　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk


　　　　　　　　　　　　　　　　　　　　by: 　　　　/s/　　　　
　　　　　　　　　　　　　　　　　　　　　　Elizabeth Garcia
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy