IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Antonio Alcazar, | NO. C 07-04687 JW |
|     Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SCME Mortgage Bankers, Inc., et al., | |
|     Defendants. | |

In his Case Management Conference statement, Plaintiff represents that he has reached an agreement in principal with Defendant Homecomings Financial, LLC, and that he intends to dismiss this Defendant. He also represents that he intends move for entries of default and for default judgments against the other named Defendants. In light of these representations, the Court continues the Case Management Conference currently set for March 17, 2008 to **May 5, 2008 at 10 a.m.**

Plaintiff shall in good faith prosecute this case as represented in his Case Management Statement. On or before **April 25, 2008**, Plaintiff shall file a Status Report on his progress in resolving this case. The Court expects that by **April 25, 2008**, Plaintiff will have sought entry of default against the defaulting Defendants and filed and noticed his motions for default judgment in accordance with the Civil Local Rules of Court.

Dated: March 12, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Edward Scott Palmer spalmer@pldlawyers.com
Frederick Alan Haist fhaist@pldlawyers.com
Montgomery Scott Pisano mpisano@plg1.com

**Dated:  March 12, 2008**                                                          **Richard W. Wieking, Clerk**

                                                                                                      **By:   /s/ JW Chambers
                                                                                                              Elizabeth Garcia
                                                                                                              Courtroom Deputy**