1  E. Scott Palmer, SBN 155376
   spalmer@pldlawyers.com
2  Frederick A. Haist, SBN 211322
   fhaist@pldlawyers.com
3  PALMER, LOMBARDI & DONOHUE LLP
   888 West 6th Street, 12th Floor
4  Los Angeles, California 90017
   Phone: (213) 688-0430
5  Fax: (213) 688-0440

6  Attorneys for Defendant Homecomings Financial, LLC

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 ANTONIO ALCAZAR,                          )  Case No. C07-04687 JW
                                             )
12         Plaintiff,                        )
                                             )
13    vs.                                    )  **STIPULATION FOR DISMISSAL
                                             )  WITH PREJUDICE AS TO
14 SCME MORTGAGE BANKERS, INC.,              )  DEFENDANT HOMECOMINGS
   a California Corporation; HILLTOP         )  FINANCIAL, LLC**
15 FINANCIAL MORTGAGE, a California          )
   Corporation; HOMECOMINGS                  )  [FRCP 41(a)]
16 FINANCIAL, LLC, A California              )
   Limited Liability Company; DEEDEE         )
17 SANTIAGO, an individual; DOLORES          )  Hon. James Ware
   SOTELO, an individual; and DOES 1-        )  Courtroom 8
18 100, inclusive,                           )
                                             )
19         Defendants.                       )
                                             )
20 _____    )

21     TO THE HONORABLE JAMES WARE, JUDGE OF THE UNITED

22 STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

23 CALIFORNIA:

24     IT IS HEREBY STIPULATED by and between Plaintiff Antonio Alcazar on

25 the one hand, and Defendant Homecomings Financial, LLC on the other hand,

26 through their respective attorneys of record, pursuant to FEDERAL RULE OF CIVIL

27 PROCEDURE RULE 41(a), that all claims and demands asserted by Plaintiff Antonio

28 Alcazar against Defendant Homecomings Financial, LLC in this action shall be and

hereby are dismissed with prejudice, each party to bear his or its own costs and attorneys fees.

DATED: March 13, 2008

By _____
E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Defendant Homecomings Financial, LLC

DATED: 3/13, 2008

By _____
MONTGOMERY S. PISANO
PENINSULA LAW GROUP
Attorneys for Plaintiff Antonio Alcazar