PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ALCAZAR, <br><br> Plaintiff, <br><br> vs. <br><br> SCME MORTGAGE BANKERS, INC., a California Corporation; HILLTOP FINANCIAL MORTGAGE, a California Corporation; HOMECOMINGS FINANCIAL, LLC, A California Limited Liability Company; DEEDEE SANTIAGO, an individual; DOLORES SOTELO, an individual; and DOES 1-100, inclusive, <br><br> Defendants. | Case No. C07-04687 JW <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT HOMECOMINGS FINANCIAL, LLC** <br><br> [FRCP 41(a)] <br><br> Hon. James Ware <br> Courtroom 8 |

WHEREAS, Plaintiff Antonio Alcazar on the one hand, and Defendant Homecomings Financial, LLC on the other hand, stipulated, through their respective attorneys of record, pursuant to FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a), that all claims and demands asserted by Plaintiff Antonio Alcazar against Defendant Homecomings Financial, LLC in this action shall be dismissed with prejudice, each party to bear his or its own costs and attorneys fees; and

WHEREAS, it appears to the court that the terms of the stipulation appear proper, and upon good cause showing,

IT IS HEREBY ORDERED that all claims and demands asserted by Plaintiff Antonio Alcazar against Defendant Homecomings Financial, LLC in this action shall be and hereby are dismissed with prejudice, each party to bear his or its own costs and attorneys' fees.

DATED: _____

_____
Honorable James Ware,
Judge of the U.S. District Court