Montgomery S. Pisano *SBN 205230*
**PENINSULA LAW GROUP, APLC**
789 Castro Street
Mountain View, California 94041
Telephone: (650) 903-2200
Facsimile: (650) 969-3699
*Email: mpisano@plg1.com*

**Attorneys for Antonio Alcazar**

# IN THE UNTIED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ALCAZAR, an individual )<br>)<br>    Plaintiff, )<br>)<br>V. )<br>)<br>SCME MORTGAGE BANKERS, INC., a )<br>California Corporation; HILLTOP )<br>FINANCIAL MORTGAGE, a California )<br>Corporation; HOMECOMINGS )<br>FINANCIAL, LLC, a California Limited )<br>Liability Company; DeeDee Santiago, an )<br>individual; Dolores Sotelo, an individual, )<br>and; DOES 1 - I 00, inclusive, )<br>)<br>    Defendants. )<br>)<br>_____ ) | **Case Action No. C07-04687 HRL-JRG**<br><br>**REQUEST FOR ENTRY OF DEFAULT**<br><br>of Defendant SCME MORTGAGE BANKERS, INC., a California Corporation |

///

///

///

///

2

## REQUEST FOR ENTRY OF DEFAULT

    Comes now Plaintiff Antonio Alcazar hereby request the Clerk to enter a default against the defendant, SCME MORTGAGE BANKERS, INC., a California Corporation, on the basis that the record in this case demonstrates that there has been a failure to plead or other wise defend as provided by Rule 55 (a) of the Federal Rules of Civil Procedures.

**DATE: 03/27/08**                                                          **Respectfully submitted,**

                ___/s/ __ *MONTGOMERY S. PISANO* ____
                **MONTGOMERY S. PISANO**
                PENINSULA LAW GROUP, APLC
                Attorney for Plaintiff