Montgomery S. Pisano *SBN 205230*
**PENINSULA LAW GROUP, APLC**
789 Castro Street
Mountain View, California  94041
Telephone: (650) 903-2200
Facsimile: (650) 969-3699
*Email:  mpisano@plg1.com*

**Attorneys for Antonio Alcazar**

# IN THE UNTIED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO ALCAZAR, an individual**<br><br>    **Plaintiff,**<br><br>V.<br><br>**SCME MORTGAGE BANKERS, INC., a California Corporation; HILLTOP FINANCIAL MORTGAGE, a California Corporation; HOMECOMINGS FINANCIAL, LLC, a California Limited Liability Company; DeeDee Santiago, an individual; Dolores Sotelo, an individual, and; DOES 1 - 100, inclusive,**<br><br>    **Defendants.** | **Case Action No.  C07-04687 HRL-JRG**<br><br>**AFFIDAVIT OF ATTORNEY MONTGOMERY S. PISANO, IN SUPPORT FOR ENTRY OF DEFAULT**<br><br>of Defendant SCME MORTGAGE BANKERS, INC., a California Corporation |

<u>AFFIDAVIT IN SUPPORT FOR ENTRY OF DEFAULT</u>

I, Montgomery S. Pisano, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief.

1. I am the attorney for plaintiff in this action.

2. A complaint was filed on September 11, 2007 and service of process was had on Defendant SCME MORTGAGE BANKERS, INC. on November 30, 2007.

3. More than twenty (20) days have elapsed since the defendant in this action served, and the defendant has failed to plead or otherwise defend as provided by Federal Rules of Civil Procedure.

4. The claim of the plaintiff is for the sum of $90,000 plus interest from the date of judgment as provided by law, together with costs of this action.

**DATE: 03/27/08**                                                          **Respectfully submitted,**

                            ___/s/___*MONTGOMERY S. PISANO*____
**MONTGOMERY S. PISANO**
PENINSULA LAW GROUP, APLC
Attorney for Plaintiff