Montgomery S. Pisano *SBN 205230*
**PENINSULA LAW GROUP, APLC**
789 Castro Street
Mountain View, California  94041
Telephone: (650) 903-2200
Facsimile: (650) 969-3699
*Email:  mpisano@plg1.com*

**Attorneys for Antonio Alcazar**

# IN THE UNTIED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ALCAZAR, an individual<br><br>    Plaintiff,<br><br>V.<br><br>SCME MORTGAGE BANKERS, INC., a California Corporation; HILLTOP FINANCIAL MORTGAGE, a California Corporation; HOMECOMINGS FINANCIAL, LLC, a California Limited Liability Company; DeeDee Santiago, an individual; Dolores Sotelo, an individual, and; DOES 1 - I 00, inclusive,<br><br>    Defendants. | **Case Action No.  C07-04687 HRL-JRG**<br><br>**REQUEST FOR ENTRY OF DEFAULT**<br><br>of Defendant DeeDee Santiago, an individual |

///

///

///

///

REQUEST FOR ENTRY OF DEFAULT

Comes now Plaintiff Antonio Alcazar hereby request the Clerk to enter a default against the defendant, DeeDee Santiago, an individual, on the basis that the record in this case demonstrates that there has been a failure to plead or other wise defend as provided by Rule 55 (a) of the Federal Rules of Civil Procedures.

**DATE: 03/27/08**                                          **Respectfully submitted,**

                                          ___/s/ __ *MONTGOMERY S. PISANO* ____
                                              **MONTGOMERY S. PISANO**
                                          PENINSULA LAW GROUP, APLC
                                              Attorney for Plaintiff