# IN THE UNTIED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ALCAZAR, an individual )<br>)<br>    Plaintiff, )<br>)<br>V. )<br>)<br>SCME MORTGAGE BANKERS, INC., a )<br>California Corporation; HILLTOP )<br>FINANCIAL MORTGAGE, a California )<br>Corporation; HOMECOMINGS )<br>FINANCIAL, LLC, a California Limited )<br>Liability Company; DeeDee Santiago, an )<br>individual; Dolores Sotelo, an individual, )<br>and; DOES 1 - I 00, inclusive, )<br>)<br>    Defendants. )<br>)<br>_____) | Case Action No.  C07-04687 HRL-JRG<br><br><br>**ENTRY OF DEFAULT**<br><br>of Defendant DeeDee Santiago, an individual |

///

///

///

///

## ENTRY OF DEFAULT

1. It appearing that the complaint was filed on September 11, 2007 and service of process was had on Defendant DeeDee Santiago, an individual on December 5, 2007.

2. And since the defendant did not file an answer or other pleading by said defendant as required by the Federal Rules of Civil Procedure.

3. Therefore, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55 (a) of the Federal Rules of Civil Procedures, DEFAULT IS HEREBY ENTERED against DeeDee Santiago.

**DATE:**

BY:_____
        DEPUTY CLERK