1  Montgomery S. Pisano *SBN 205230*
2  **PENINSULA LAW GROUP, APLC**
   789 Castro Street
3  Mountain View, California  94041
   Telephone: (650) 903-2200
4  Facsimile: (650) 969-3699
5  *Email:  mpisano@plg1.com*

6  **Attorneys for Antonio Alcazar**

7

8              IN THE UNTIED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | ANTONIO ALCAZAR, an individual | Case Action No.  C07-04687 HRL-JRG |
| --- | --- |
| Plaintiff, | |
| V. | **REQUEST FOR ENTRY OF DEFAULT** |
| SCME MORTGAGE BANKERS, INC., a California Corporation; HILLTOP FINANCIAL MORTGAGE, a California Corporation; HOMECOMINGS FINANCIAL, LLC, a California Limited Liability Company; DeeDee Santiago, an individual; Dolores Sotelo, an individual, and; DOES 1 - I 00, inclusive, | of Defendant HILLTOP FINANCIAL MORTGAGE, a California Corporation |
| Defendants. | |

25  ///
26  ///
27  ///
28  ///

## REQUEST FOR ENTRY OF DEFAULT

Comes now Plaintiff Antonio Alcazar hereby request the Clerk to enter a default against the defendant, HILLTOP FINANCIAL MORTGAGE, a California Corporation, on the basis that the record in this case demonstrates that there has been a failure to plead or other wise defend as provided by Rule 55 (a) of the Federal Rules of Civil Procedures.

**DATE: 03/27/08**                                              **Respectfully submitted,**

                              ___/s/ __ *MONTGOMERY S. PISANO* ____
                              **MONTGOMERY S. PISANO**
                              PENINSULA LAW GROUP, APLC
                              Attorney for Plaintiff