**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking   General Court Number
Clerk   408.535.5364

April 1, 2008

RE:  CV 07-04687 JW    ANTONIO ALCAZAR-v- SCME MORTGAGE BANKERS INC.

Default is entered as to defendant SCME Mortgage Bankers, Inc.,  on 3/31/08.


RICHARD W. WIEKING, Clerk


byCindy Vargas
Case Systems Administrator

NDC TR-4  Rev. 3/89