DEFAULT ENTERED
3/31/08
RICHARD W. WIEKING, CLERK
By_____
Deputy Clerk

1  Montgomery S. Pisano *SBN 205230*
2  PENINSULA LAW GROUP, APLC
   789 Castro Street
3  Mountain View, California 94041
   Telephone: (650) 903-2200
4  Facsimile: (650) 969-3699
5  *Email: mpisano@plg1.com*

6  Attorneys for Antonio Alcazar

7

8              IN THE UNTIED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11                                                          JW

12  ANTONIO ALCAZAR, an individual    )   Case Action No. C07-04687 HRL-JRG
13                                    )
           Plaintiff,                 )
14                                    )
15  V.                                )   REQUEST FOR ENTRY OF
                                      )   DEFAULT
16  SCME MORTGAGE BANKERS, INC., a    )
17  California Corporation; HILLTOP   )   of Defendant SCME MORTGAGE
    FINANCIAL MORTGAGE, a California  )   BANKERS, INC., a California
18  Corporation; HOMECOMINGS          )   Corporation
    FINANCIAL, LLC, a California Limited )
19  Liability Company; DeeDee Santiago, an )
20  individual; Dolores Sotelo, an individual, )
    and; DOES 1 - I 00, inclusive,    )
21                                    )
22         Defendants.                )
                                      )
23                                    )

24  ———————————————————

25  ///
26  ///
27  ///
28  ///

Case MSTMT - Alcazar

1

## REQUEST FOR ENTRY OF DEFAULT

Comes now Plaintiff Antonio Alcazar hereby request the Clerk to enter a default against the defendant, SCME MORTGAGE BANKERS, INC., a California Corporation, on the basis that the record in this case demonstrates that there has been a failure to plead or other wise defend as provided by Rule 55 (a) of the Federal Rules of Civil Procedures.

DATE: 03/27/08                                                     **Respectfully submitted,**

        /s/    MONTGOMERY S. PISANO
**MONTGOMERY S. PISANO**
PENINSULA LAW GROUP, APLC
Attorney for Plaintiff

Case MSTMT - Alcazar

2