**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking                                                                         General Court Number
Clerk                                                                                                   408.535.5364

April 1, 2008

RE:  CV 07-04687 JW            ANTONIO ALCAZAR-v- SCME MORTGAGE BANKERS INC.


Default is entered as to defendant Hilltop Financial Mortgage on 3/31/08.



                RICHARD W. WIEKING, Clerk


                by Cindy Vargas
                Case Systems Administrator


NDC TR-4  Rev. 3/89