DEFAULT ENTERED
3/31/08
RICHARD W. WIEKING, CLERK
By_____
    Deputy Clerk

Montgomery S. Pisano *SBN 205230*
**PENINSULA LAW GROUP, APLC**
789 Castro Street
Mountain View, California 94041
Telephone: (650) 903-2200
Facsimile: (650) 969-3699
*Email: mpisano@plg1.com*

**Attorneys for Antonio Alcazar**

## IN THE UNTIED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ALCAZAR, an individual<br><br>Plaintiff,<br><br>V.<br><br>SCME MORTGAGE BANKERS, INC., a California Corporation; HILLTOP FINANCIAL MORTGAGE, a California Corporation; HOMECOMINGS FINANCIAL, LLC, a California Limited Liability Company; DeeDee Santiago, an individual; Dolores Sotelo, an individual, and; DOES 1 - 100, inclusive,<br><br>Defendants. | Case Action No. C07-04687 HRL-JRG<br><br>**REQUEST FOR ENTRY OF DEFAULT**<br><br>of Defendant HILLTOP FINANCIAL MORTGAGE, a California Corporation |

///
///
///
///

Req entry – hilltop - Alcazar

1

## REQUEST FOR ENTRY OF DEFAULT

Comes now Plaintiff Antonio Alcazar hereby request the Clerk to enter a default against the defendant, HILLTOP FINANCIAL MORTGAGE, a California Corporation, on the basis that the record in this case demonstrates that there has been a failure to plead or other wise defend as provided by Rule 55 (a) of the Federal Rules of Civil Procedures.

**DATE: 03/27/08**                                           **Respectfully submitted,**

                                                            /s/   MONTGOMERY S. PISANO
                                                            **MONTGOMERY S. PISANO**
                                                            PENINSULA LAW GROUP, APLC
                                                            Attorney for Plaintiff

Req entry – hilltop - Alcazar