**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

_____

www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk  408.535.5364

April 1, 2008

RE: CV 07-04687 JW      ANTONIO ALCAZAR-v- SCME MORTGAGE BANKERS INC.

Default is entered as to defendant DeeDee Santiago on 3/31/08.

RICHARD W. WIEKING, Clerk

by Cindy Vargas
Case Systems Administrator

NDC TR-4  Rev. 3/89