DEFAULT ENTERED

RICHARD W. WIEKING, CLERK

By _____
         Deputy Clerk

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

7007 0220 0004 4395 2410

CERTIFIED MAIL

DEEDEE SANTIAGO
860 HILLVIEW CT
SUITE 310
MILPITAS, CA 95035

02 1A
0004327683
MAILED FROM ZIPCODE 95113
$ 05.21°
APR 01 2008
PITNEY BOWES

FILED
2008 APR 11 P 1:06
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ES DISTRICT COURT
ISTRICT OF CALIFORNIA

Case Action No. C07-04687 HRL-JRG

**REQUEST FOR ENTRY OF DEFAULT**

of Defendant DeeDee Santiago, an individual

28 | ///

Req entry – santiago - Alcazar

1