

DEFAULT ENTERED

RICHARD W. WIEKING, CLERK

By_____
     Deputy Clerk

'ES DISTRICT COURT

STRICT OF CALIFORNIA

Case Action No. C07-04687 HRL-JRG

REQUEST FOR ENTRY OF DEFAULT

of Defendant HILLTOP FINANCIAL MORTGAGE, a California Corporation

28  ///

Req entry – hilltop - Alcazar

1