**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Antonio Alcazar,<br><br>      Plaintiff,<br>  v.<br><br>SCME Mortgage Bankers, Inc., et al,<br><br>      Defendants. | NO. C 07-04687 JW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING HEARING DATE FOR PLAINTIFF'S PRESUMPTIVE MOTIONS FOR DEFAULT JUDGMENT** |

The Court previously ordered Plaintiff to file motions for entry of default and for default judgment against the remaining Defendants by April 25, 2008. (See Docket Item No. 21.) Plaintiff has obtained entry of default but has failed to file motions for default judgment. (See Docket Item Nos. 29-31.)

In light of the Clerk's entry of default, the Court VACATES the Case Management Conference currently scheduled for May 5, 2008. The Court sets a hearing on Plaintiff's presumptive motions for default judgment against all remaining Defendants for **June 16, 2008 at 9 a.m.** Plaintiff shall notice his motions in accordance with the Civil Local Rules of Court. If Plaintiff fails to file his motions for default judgment in accordance with this Order, the action will be dismissed with prejudice for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: April 30, 2008

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Edward Scott Palmer spalmer@pldlawyers.com
Frederick Alan Haist fhaist@pldlawyers.com
3 Montgomery Scott Pisano mpisano@plg1.com

4

5 **Dated: April 30, 2008**                  **Richard W. Wieking, Clerk**

6

7                                        **By:  /s/ JW Chambers**
                                                 **Elizabeth Garcia**
8                                                  **Courtroom Deputy**