Montgomery S. Pisano *SBN 205230*
**PENINSULA LAW GROUP, APLC**
789 Castro Street
Mountain View, California 94041
Telephone: (650) 903-2200
Facsimile: (650) 969-3699
*Email: mpisano@plg1.com*

**Attorneys for Antonio Alcazar**

IN THE UNTIED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO ALCAZAR, an individual**<br><br>    Plaintiff,<br><br>V.<br><br>**SCME MORTGAGE BANKERS, INC., a California Corporation; HILLTOP FINANCIAL MORTGAGE, a California Corporation; HOMECOMINGS FINANCIAL, LLC, a California Limited Liability Company; DeeDee Santiago, an individual; Dolores Sotelo, an individual, and; DOES 1 - 100, inclusive,**<br><br>    **Defendants.** | Case Action No. C07-04687 HRL-JRG<br><br>**MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>of Defendant HILLTOP FINANCIAL MORTGAGE, a California Corporation<br><br>DATE:  JUNE 16, 2008<br>TIME:   9:00 AM<br>JUDGE: HON. JAMES WARE<br>DEPT.:  Courtroom 8 |

<u>MOTION FOR DEFAULT JUDGMENT</u>

COMES NOW, Plaintiff Antonio Alcazar and requests the Court, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against

- Alcazar Default JDMT - hilltop

1

Defendant HILLTOP FINANCIAL MORTGAGE, a California Corporation. In support of this request, Plaintiff relies upon the record in this case and the affidavit submitted herein.

**DATE: 05/1/08**                                **Respectfully submitted,**

              ___/s/___ MONTGOMERY S. PISANO____
              **MONTGOMERY S. PISANO**
              PENINSULA LAW GROUP, APLC,
              Attorney for Plaintiff