Montgomery S. Pisano *SBN 205230*
**PENINSULA LAW GROUP, APLC**
789 Castro Street
Mountain View, California 94041
Telephone: (650) 903-2200
Facsimile: (650) 969-3699
*Email: mpisano@plg1.com*

**Attorneys for Antonio Alcazar**

IN THE UNTIED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO ALCAZAR, an individual**<br><br>Plaintiff,<br><br>V.<br><br>SCME MORTGAGE BANKERS, INC., a California Corporation; HILLTOP FINANCIAL MORTGAGE, a California Corporation; HOMECOMINGS FINANCIAL, LLC, a California Limited Liability Company; DeeDee Santiago, an individual; Dolores Sotelo, an individual, and; DOES 1 - 100, inclusive,<br><br>Defendants. | Case Action No. C07-04687 HRL-JRG<br><br>**AFFIDAVIT OF ATTORNEY MONTGOMERY S. PISANO, IN SUPPORT FOR ENTRY OF DEFAULT JUDGMENT**<br><br>of Defendant HILLTOP FINANCIAL MORTGAGE, a California Corporation<br><br>DATE: JUNE 16, 2008<br>TIME: 9:00 AM<br>JUDGE: HON. JAMES WARE<br>DEPT.: Courtroom 8 |

<u>AFFIDAVIT IN SUPPORT FOR ENTRY OF DEFAULT JUDGMENT</u>

I, Montgomery S. Pisano, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief.

- Alcazar Default JDMT - hilltop

1

1. I am the attorney for plaintiff in this action.

2. A complaint was filed on September 11, 2007 and service of process was had on Defendant HILLTOP FINANCIAL MORTGAGE, a California Corporation on November 27, 2007.

3. Pursuant to the Federal Rules of Civil Procedure, Plaintiff obtained a default against Defendant HILLTOP FINANCIAL MORTGAGE on March 31, 2008.

4. Plaintiff now requests a default judgment against the named defendant.

5. The claim of the plaintiff is for the sum of $90,000 plus interest from the date of judgment as provided by law, together with costs of this action.

**DATE: 05/1/08**                                                              **Respectfully submitted,**

                                          ___/s/___ MONTGOMERY S. PISANO_____
**MONTGOMERY S. PISANO**
PENINSULA LAW GROUP, APLC,
Attorney for Plaintiff