1  Montgomery S. Pisano *SBN 205230*
2  **PENINSULA LAW GROUP, APLC**
   789 Castro Street
3  Mountain View, California  94041
   Telephone: (650) 903-2200
4  Facsimile: (650) 969-3699
5  *Email:  mpisano@plg1.com*

6  **Attorneys for Antonio Alcazar**

7

8

9                    **IN THE UNTIED STATES DISTRICT COURT**

10              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12

13   **ANTONIO ALCAZAR, an individual**         )     **Case Action No.  C07-04687 HRL-JRG**
                                               )
14          **Plaintiff,**                       )
                                               )
15   **V.**                                      )
                                               )     **MOTION FOR ENTRY OF**
16                                             )     **DEFAULT JUDGMENT**
     **SCME MORTGAGE BANKERS, INC., a**           )
17   **California Corporation; HILLTOP**          )     of Defendant SCME MORTGAGE
     **FINANCIAL MORTGAGE, a California**         )     BANKERS, INC. a California
18   **Corporation; HOMECOMINGS**                )     Corporation
     **FINANCIAL, LLC, a California Limited**     )
19   **Liability Company; DeeDee Santiago, an**   )
     **individual; Dolores Sotelo, an individual,** )   **DATE:   JUNE 16, 2008**
20   **and; DOES 1 - 100, inclusive,**            )     **TIME:    9:00 AM**
                                               )     **JUDGE: HON. JAMES WARE**
21                                             )     **DEPT.:   Courtroom 8**
            **Defendants.**                       )
22                                             )
                                               )
23                                             )
                                               )
24                                             )

25                     MOTION FOR DEFAULT JUDGMENT

26

27          COMES NOW, Plaintiff Antonio Alcazar and requests the Court, pursuant to Rule

28   55(b)(1) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against

2

1  Defendant SCME MORTGAGE BANKERS, INC., a California Corporation. In support of this

2  request, Plaintiff relies upon the record in this case and the affidavit submitted herein.

3

4  **DATE: 05/1/08**                                    **Respectfully submitted,**

5

6

7                                                  ___/s/___ *MONTGOMERY S. PISANO* _____
                                                   **MONTGOMERY S. PISANO**
8                                                  PENINSULA LAW GROUP, APLC,
                                                   Attorney for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- Alcazar Default  JDMT - scme