Montgomery S. Pisano *SBN 205230*
**PENINSULA LAW GROUP, APLC**
789 Castro Street
Mountain View, California  94041
Telephone: (650) 903-2200
Facsimile: (650) 969-3699
*Email:  mpisano@plg1.com*

**Attorneys for Antonio Alcazar**

IN THE UNTIED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO ALCAZAR, an individual**<br><br>        **Plaintiff,**<br><br>V.<br><br>**SCME MORTGAGE BANKERS, INC., a California Corporation; HILLTOP FINANCIAL MORTGAGE, a California Corporation; HOMECOMINGS FINANCIAL, LLC, a California Limited Liability Company; DeeDee Santiago, an individual; Dolores Sotelo, an individual, and; DOES 1 - 100, inclusive,**<br><br>        **Defendants.** | **Case Action No.  C07-04687 HRL-JRG**<br><br>**AFFIDAVIT OF ATTORNEY MONTGOMERY S. PISANO, IN SUPPORT FOR ENTRY OF DEFAULT JUDGMENT**<br><br>of Defendant SCME MORTGAGE BANKERS, INC., a California Corporation<br><br>**DATE: JUNE 16, 2008**<br>**TIME: 9:00 AM**<br>**JUDGE: HON. JAMES WARE**<br>**DEPT.:   Courtroom 8** |

<u>AFFIDAVIT IN SUPPORT FOR ENTRY OF DEFAULT JUDGMENT</u>

I, Montgomery S. Pisano, declare under penalty of perjury that the following facts are

- Alcazar Default  JDMT - scme

1

true and correct to the best of my information and belief.

1. I am the attorney for plaintiff in this action.

2. A complaint was filed on September 11, 2007 and service of process was had on Defendant SCME MORTGAGE BANKERS, INC., a California Corporation on November 30, 2007.

3. Pursuant to the Federal Rules of Civil Procedure, Plaintiff obtained a default against Defendant SCME MORTGAGE BANKERS, INC. on March 31, 2008.

4. Plaintiff now requests a default judgment against the named defendant.

5. The claim of the plaintiff is for the sum of $90,000 plus interest from the date of judgment as provided by law, together with costs of this action.

**DATE: 05/1/08**                                          **Respectfully submitted,**

                                          ___/s/ __ *MONTGOMERY S. PISANO* ____
                                          **MONTGOMERY S. PISANO**
                                          PENINSULA LAW GROUP, APLC,
                                          Attorney for Plaintiff