Montgomery S. Pisano *SBN 205230*
**PENINSULA LAW GROUP, APLC**
789 Castro Street
Mountain View, California  94041
Telephone: (650) 903-2200
Facsimile: (650) 969-3699
*Email:  mpisano@plg1.com*

**Attorneys for Antonio Alcazar**

# IN THE UNTIED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **ANTONIO ALCAZAR, an individual** )<br>)<br>    **Plaintiff,** )<br>)<br>**V.** )<br>)<br>**SCME MORTGAGE BANKERS, INC., a** )<br>**California Corporation; HILLTOP** )<br>**FINANCIAL MORTGAGE, a California** )<br>**Corporation; HOMECOMINGS** )<br>**FINANCIAL, LLC, a California Limited** )<br>**Liability Company; DeeDee Santiago, an** )<br>**individual; Dolores Sotelo, an individual,** )<br>**and; DOES 1 - 100, inclusive,** )<br>)<br>    **Defendants.** )<br>)<br>_____ ) | **Case Action No.  C07-04687 HRL-JRG**<br><br><br>**MOTION FOR ENTRY OF**<br>**DEFAULT JUDGMENT**<br><br>of Defendant Dee Dee Santiago, an<br>individual<br><br>**DATE:   JUNE 16, 2008**<br>**TIME:   9:00 AM**<br>**JUDGE: HON. JAMES WARE**<br>**DEPT.:   Courtroom 8** |

### MOTION FOR DEFAULT JUDGMENT

COMES NOW, Plaintiff Antonio Alcazar and requests the Court, pursuant to Rule

55(b)(1) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against

Defendant Dee Dee Santiago, an individual. In support of this request, Plaintiff relies upon the record in this case and the affidavit submitted herein.

**DATE: 05/1/08**                                              **Respectfully submitted,**


___*/s/*___*MONTGOMERY S. PISANO*___
**MONTGOMERY S. PISANO**
PENINSULA LAW GROUP, APLC,
Attorney for Plaintiff