Montgomery S. Pisano *SBN 205230*
**PENINSULA LAW GROUP, APLC**
789 Castro Street
Mountain View, California 94041
Telephone: (650) 903-2200
Facsimile: (650) 969-3699
*Email: mpisano@plg1.com*

**Attorneys for Antonio Alcazar**

IN THE UNTIED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ALCAZAR, an individual<br><br>Plaintiff,<br><br>V.<br><br>SCME MORTGAGE BANKERS, INC., a California Corporation; HILLTOP FINANCIAL MORTGAGE, a California Corporation; HOMECOMINGS FINANCIAL, LLC, a California Limited Liability Company; DeeDee Santiago, an individual; Dolores Sotelo, an individual, and; DOES 1 - 100, inclusive,<br><br>Defendants. | Case Action No. C07-04687 HRL-JRG<br><br>**AFFIDAVIT OF ATTORNEY MONTGOMERY S. PISANO, IN SUPPORT FOR ENTRY OF DEFAULT JUDGMENT**<br><br>of Defendant Dee Dee Santiago, an individual<br><br>**DATE: JUNE 16, 2008<br>TIME: 9:00 AM<br>JUDGE: HON. JAMES WARE<br>DEPT.:   Courtroom 8** |

<u>AFFIDAVIT IN SUPPORT FOR ENTRY OF DEFAULT JUDGMENT</u>

I, Montgomery S. Pisano, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief.

- Alcazar Default  JDMT - santiago

1

1. I am the attorney for plaintiff in this action.

2. A complaint was filed on September 11, 2007 and service of process was had on Defendant Dee Dee Santiago, an individual on December 5, 2007.

3. Pursuant to the Federal Rules of Civil Procedure, Plaintiff obtained a default against Defendant Dee Dee Santiago on March 31, 2008.

4. Plaintiff now requests a default judgment against the named defendant.

5. The claim of the plaintiff is for the sum of $90,000 plus interest from the date of judgment as provided by law, together with costs of this action.

**DATE: 05/1/08**                    **Respectfully submitted,**


                  ___/s/___ MONTGOMERY S. PISANO ____
**MONTGOMERY S. PISANO**
PENINSULA LAW GROUP, APLC,
Attorney for Plaintiff