Montgomery S. Pisano *SBN 205230*
**PENINSULA LAW GROUP, APLC**
789 Castro Street
Mountain View, California  94041
Telephone: (650) 903-2200
Facsimile: (650) 969-3699
*Email:  mpisano@plg1.com*

**Attorneys for Antonio Alcazar**

# IN THE UNTIED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO ALCAZAR, an individual**<br><br>     **Plaintiff,**<br><br>**V.**<br><br>**SCME MORTGAGE BANKERS, INC., a California Corporation; HILLTOP FINANCIAL MORTGAGE, a California Corporation; HOMECOMINGS FINANCIAL, LLC, a California Limited Liability Company; DeeDee Santiago, an individual; Dolores Sotelo, an individual, and; DOES 1 - 100, inclusive,**<br><br>     **Defendants.** | **Case Action No.  C07-04687 HRL-JRG**<br><br>**DEFAULT JUDGMENT**<br><br>of Defendant Dee Dee Santiago, an individual<br><br>**DATE:   JUNE 16, 2008**<br>**TIME:    9:00 AM**<br>**JUDGE: HON. JAMES WARE**<br>**DEPT.:   Courtroom 8** |

## DEFAULT JUDGMENT

Defendant Dee Dee Santiago, an individual ("Santiago"), having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of

plaintiff and upon affidavit that Defendant Santiago is indebted to Plaintiff in the principal sum of $90,000 plus interest thereon; that Defendant SANTIAGO had been defaulted for failure to appear as required by Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that Plaintiff, Antonio Alcazar recover from Defendant SANTIAGO, the sum of $90,000, plus costs and interest according to the law from the date of this judgment until the entire amount is paid.

This judgment is entered at the request of Plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

**DATE:**

BY:_____