United States District Court
For the Northern District of California

1
2
3
4
5
6
7                        IN THE UNITED STATES DISTRICT COURT
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                                  SAN JOSE DIVISION
10    Antonio Alcazar,                          NO. C 07-04687 JW
11              Plaintiff,                       **ORDER RE: HEARING ON PLAINTIFF'S
                                                 MOTION FOR DEFAULT JUDGMENTS**
          v.
12
      SCME Mortgage Bankers, Inc. et al.,
13
                Defendants.
14    _____/
15          Before the Court are Plaintiff's Motions for Default Judgments.  This Order is to provide
16    Plaintiff notice that the hearing currently set for **June 16, 2008** for the motions will also serve as a
17    proof up hearing re: Plaintiff's damages.  Plaintiff counsel shall secure and produce, all necessary
18    documents as well as the Plaintiff for the hearing.
19
20
      Dated:  June 13, 2008                        _____
21                                                 JAMES WARE
                                                   United States District Judge
22
23
24
25
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Edward Scott Palmer spalmer@pldlawyers.com
Frederick Alan Haist fhaist@pldlawyers.com
Montgomery Scott Pisano mpisano@plg1.com

**Dated:  June 13, 2008**                              Richard W. Wieking, Clerk


                                                       By:_____/s/ JW Chambers_____
                                                            Elizabeth Garcia
                                                            Courtroom Deputy

United States District Court

For the Northern District of California