UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:**  June 16, 2008 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** C-07-04687 JW | **Interpreter:** Mike Sanchez (Spanish) |
| **Related Case No.:** N/A | |

## TITLE

**Antonio Alcazar v. SCME Mortagage Bankers, Inc et al**

**Attorney(s) for Plaintiff(s)**: Montgomery Pisano
**Attorney(s) for Defendant(s)**: No Appearance made by or on behalf of Defendants

## PROCEEDINGS

**Plaintiff's Motions for Default Judgment**

## ORDER AFTER HEARING

Hearing held.  The Court took this mater under submission after oral argument.  The Court to issue further order on Motions.

                                                                                                                        Elizabeth C. Garcia
                                                                                                                        Courtroom Deputy
                                                                                                                        Original: **E-Filed**
                                                                                                                        CC: