**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                         SAN JOSE DIVISION
10  Antonio Alcazar,                           NO. C 07-04687 JW
11            Plaintiff,                        **JUDGMENT**
        v.
12
    SCME Mortgage Bankers, Inc. et al.,
13
14            Defendants.
    _____/
15          Pursuant to the Court's August 21, 2008 Order Granting Plaintiff's Motions for Default
16  Judgment, judgment is entered in favor of Plaintiff Antonio Alcazar, against Defendants SCME
17  Mortgage Bankers, Inc., Hilltop Financial Mortgage, and DeeDee Santiago.
18          Judgment is entered in the amount of $80,000.  No fees or costs are awarded because they
19  were waived.
20          The Clerk shall close this file.
21
22  Dated:  August 21, 2008                     _____
23                                              JAMES WARE
                                                United States District Judge
24
25
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Edward Scott Palmer spalmer@pldlawyers.com
Frederick Alan Haist fhaist@pldlawyers.com
Montgomery Scott Pisano mpisano@plg1.com

**Dated:  August 21, 2008**                    **Richard W. Wieking, Clerk**

                                          **By:___/s/ JW Chambers_____**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28